[No. 12499-1-III.   Division Three.   July 29, 1993.]

RUDOLPH BABCOCK, *Individually and as Guardian ad Litem,* ET AL, *Appellants,* v. THE STATE OF WASHINGTON, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Benton County, No. 84-2-00850-1, Carolyn A. Brown, J., entered June 10, 1992. *Reversed* by unpublished opinion per Munson, J., concurred in by Thompson, C.J., and Shields, J. Pro Tem.

[No. 16190-7-II.   Division Two.   July 29, 1993.]

ANNETTE M. POTTER, ET AL, *Appellants,* v. AMERICAN RESTAURANT GROUP, INC., *Respondent.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 88-2-02123-8, James I. Maddock, J., entered June 26, 1992. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, C.J., and Morgan, J.

[No. 16080-3-II.   Division Two.   July 29, 1993.]

ELMER W. MATHIESON, *Appellant,* v. DOUGLAS B. BITAR, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 90-2-00232-9, James B. Sawyer II, J., entered April 28, 1992. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, C.J., and Morgan, J.